# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1121**

**CAF 12-01896**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF SHANE D. O'BRIEN,
PETITIONER-APPELLANT,

V                                                                          ORDER

THOMAS DIXON, RESPONDENT-RESPONDENT.

---

SHANE D. O'BRIEN, PETITIONER-APPELLANT PRO SE.

---------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered September 20, 2012 in a proceeding pursuant to Family Court Act article 4.  The order denied petitioner's written objections to an order of the Support Magistrate.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 8, 2013                    Frances E. Cafarell
                                              Clerk of the Court